## Greco Unemployment Compensation Case.

Argued September 12, 1969. *Alice Greco,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Jewett *v.* Jewett, Appellant.

Argued September 8, 1969. *Harry Aaron Rubin,* for appellant; *David Weinstein,* with him *Weinstein and Bobrin,* for appellee.

Order affirmed.

WRIGHT, P. J., and HOFFMAN, J., dissent.

## Jones Unemployment Compensation Case.

Argued September 12, 1969. *Horton Jones,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.